# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Mary Jo Mannix

                    Plaintiff,

v.                                                   Case No.: 1:17−cv−05422
                                                  Honorable Robert M. Dow Jr.

Kos Services, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motion for Leave to Issue Additional Discovery [65] is denied. Final status hearing is set for 9/18/18 at 10:00 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.